UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

WILLIAM J. PANDOLFI,

    Petitioner,

v.                                                  3:07-cv-454

A.T. WALL, Director ACI,

    Respondent.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum and Order, this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is hereby **DENIED**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. The court thus **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.

    **ENTER:**

                                                        s/ Thomas W. Phillips
                                                          United States District Judge

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
      CLERK OF COURT